UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOSEPH BLAKE,

                        Plaintiff,

   -v-                                    9:18-CV-1008
                                         (DNH/CFH)

M. PORLIER, Correction Officer, Great Meadow
Correctional Facility,

                        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                             OF COUNSEL:

JOSEPH BLAKE
Plaintiff, Pro Se
04-B-3582
Attica Correctional Facility
Box 149
Attica, NY 14011

HON. LETITIA JAMES                      ERIK BOULE PINSONNAULT, ESQ.
Attorney General for the State of New York    Ass't Attorney General
Attorney for Defendant
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Pro se plaintiff Joseph Blake brought this civil rights action pursuant to 42 U.S.C.

§ 1983. On October 4, 2019, the Honorable Christian F. Hummel, United States Magistrate

Judge, advised by Report-Recommendation that defendant's motion for summary judgment

be granted and that plaintiff's Amended Complaint be dismissed in its entirety. No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Defendant's motion for summary judgment is GRANTED;

2. Plaintiff's Amended Complaint is DISMISSED; and

3. The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated: January 6, 2020
Utica, New York.